NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL S. POWELL,**
*Plaintiff-Appellee,*

v.

**THE HOME DEPOT U.S.A., INC.,**
*Defendant-Appellant.*

---

2011-1060

---

Appeal from the United States District Court for the Southern District of Florida in case no. 07-CV-80435, Judge Daniel T.K. Hurley.

---

**ON MOTION**

---

**ORDER**

The parties jointly move to stay proceedings in this appeal pending the court's disposition of *Powell v. Home Depot U.S.A., Inc.*, 2010-1409, -1416.

The parties state that they have entered into an agreement resolving the issues in this appeal which is contingent on the outcome of 2010-1409, -1416.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to stay the briefing schedule is granted. The parties are directed to inform this court, within 14 days of the final disposition in 2010-1409, -1416, concerning how they believe that this appeal should proceed.

(2) A copy of this order shall be transmitted to the merits panel assigned to decide 2010-1409, -1416, to inform that panel of the agreement in 2011-1060.

(3) The motion for an extension of time is moot.

FOR THE COURT

_____MAR 2 5 2011_____           /s/ Jan Horbaly
          Date                    Jan Horbaly
                                  Clerk

cc: Donald R. Dunner, Esq.
    George M. Sirilla, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 5 2011

JAN HORBALY
CLERK